UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sargis Akilyan, an individual;<br>  Plaintiff,<br><br>    vs.<br><br>Capital One, N.A., et al,<br>  Defendants. | **Case No.: 2:12-cv-07588-JAK-(PJWx)**<br><br>Hon. Judge John A. Kronstadt<br><br>**ORDER DISMISSING CAPITAL ONE BANK (USA) N.A. WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41**<br><br>JS-6<br><br>NO HEARING REQUIRED |

## ORDER

The Court, having reviewed the Joint Stipulation filed by Plaintiff Sargis Akilyan ("Plaintiff") and defendant Capital One Bank (USA) N.A. ("Capital One") to dismiss Capital One with prejudice, for good cause appearing thereon, hereby rules as follows:

Capital One is hereby dismissed from this action with prejudice.  Each party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: February 25, 2013

_____
Hon. John A. Kronstadt
United States District Judge